UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SODHI SINGH,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.:  3:26-cv-00913-CAB-BJW<br><br>**ORDER:**<br><br>**(1) DISMISSING AMENDED PETITION FOR A WRIT OF HABEAS CORPUS; and**<br><br>**(2) DENYING MOTION FOR TRO, [Doc. No. 8].** |

Petitioner Sodhi Singh, an immigration detainee proceeding pro se, has filed an amended petition for a writ of habeas corpus.  [Doc. No. 7 ("Amended Petition").] Petitioner also filed an ex parte motion for a temporary restraining order seeking to enjoin Respondents from transferring, removing, or deporting Petitioner while his Amended Petition is pending.  [Doc. No. 8 ("TRO").]

Petitioner applied for entry to the United States at the San Ysidro Port of Entry on December 13, 2024.  [Amended Petition at 3–4.]  He was determined to be an inadmissible arriving alien and was placed into removal proceedings.  [Doc. No. 4 at 1.]  On October

1

24, 2025, an immigration judge ("IJ") ordered Petitioner removed to India; Petitioner appealed that decision to the BIA.  [Amended Petition at 4.]

Petitioner then filed his first habeas petition.  [Doc. No. 1 ("Petition").]  After reviewing the Petition, the Court ordered Respondents to provide Petitioner with an individualized bond hearing.  [Doc. No. 5.]  As a result, he received a bond hearing on March 11, 2026 where the IJ denied bond.  [Doc. No. 6 at 1.]  On June 12, 2026, Petitioner filed the instant, Amended Petition, now seeking immediate release.

The Court **DISMISSES** this Amended Petition because Petitioner has not exhausted his administrative remedies *with respect to the IJ's adverse bond determination.  See Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011) (pursuing habeas relief before exhausting administrative remedies at BIA is an improper shortcut).  Only once Petitioner has exhausted his administrative remedies by appealing to the BIA *and* receiving a decision regarding the IJ's adverse bond determination may he seek relief in this Court from that bond determination.  *Id.*

Because the Court has dismissed the Amended Petition and the TRO sought relief based on the Amended Petition, the Court finds the TRO **MOOT**.

Based on the foregoing, the Court **DISMISSES** the Amended Petition, [Doc. No. 7], and **DENIES AS MOOT** the motion for a TRO, [Doc. No. 8].

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  June 23, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-00913-CAB-BJW